# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156622(80)

W A FOOTE MEMORIAL HOSPITAL,
d/b/a ALLEGIANCE HEALTH,
       Plaintiff-Appellant,

v

MICHIGAN ASSIGNED CLAIMS PLAN
and MICHIGAN AUTOMOBILE INSURANCE
PLACEMENT FACILITY,
       Defendants-Appellees,
and

JOHN DOE INSURANCE COMPANY,
       Defendant.
_____/

SC: 156622
COA: 333360
Kent CC: 15-008218-NF

On order of the Chief Justice, the motion of the Michigan County Road Commission Self-Insurance Pool to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before October 5, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk